IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELIZABETH BROWN, et al

v.

WILLIAM PENN SCHOOL
DISTRICT, et al

CIVIL ACTION

NO. 18-3674

## CIVIL JUDGMENT

**AND NOW**, this 16TH day of March, 2020, in accordance with the verdict of the jury, which was delivered in open court on March 13, 2020, it is

**ORDERED** that Judgment be and the same is hereby entered in favor of **Defendant William Penn School District** and against **Plaintiffs Elizabeth Brown and Kim Evans-Johnson.**

**IT IS SO ORDERED.**

BY THE COURT:

Chad F. Kenney, Judge

cc: Counsel (ECF)