# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH BROWN, et. al.** | : | **CIVIL ACTION** |
| *Plaintiffs,* | : | |
| | : | |
| v. | : | No. 18-3674 |
| | : | |
| **WILLIAM PENN SCHOOL DISTRICT,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 17th day of April 2020, upon consideration of Defendant's Motion for Attorney's Fees and Costs (ECF No. 86), it is hereby **ORDERED** that Defendant's Motion (ECF No. 86) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

1