IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELIZABETH BROWN & KIM EVANS-JOHNSON,** *Plaintiffs,* | : : : : | CIVIL ACTION |
| v. | : : | |
| **WILLIAM PENN SCHOOL DISTRICT,** *Defendant.* | : : : | No. 18-03674 |

# ORDER

**AND NOW**, this 3rd day of August 2020, upon consideration of Plaintiffs' Motion for a New Trial (ECF No. 89), Defendant's Response in Opposition to the Motion (ECF No. 97), and Plaintiffs' Reply (ECF No. 98) it is **ORDERED** that Plaintiffs' Motion for a New Trial is **DENIED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**